IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL A. HASH                                                                                      PLAINTIFF

v.                                              No. 4:16CV00023 JLH

ARKANSAS STATE COURT SYSTEM;
CYNTHIA D. HASH; SANDY HUCKABEE;
ASHLEY PARKER; SCARLETT R. MELIKIAN;
STATE OF ARKANSAS; and
LONOKE COUNTY, ARKANSAS                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Daniel A. Hash's claims are dismissed. His claims against the State of Arkansas, the Arkansas State Court System, Sandy Huckabee, and Ashley Parker are dismissed with prejudice. His claims against Cynthia D. Hash, Scarlett R. Melikian, and Lonoke County are dismissed without prejudice.

IT IS SO ORDERED this 16th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE